UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.                                           Case No. 15-C-600

DR. SAUVEY,

    Defendant.

**ORDER**

    This case was dismissed after a settlement was reached through mediation. Plaintiff has filed a motion to amend and a motion withdrawing the stipulation, alleging that the defendant has failed to comply with the terms of the stipulation. It appears, at least in part, that plaintiff's complaint relates to matters other than those that are the subject of this lawsuit. For example, he complains that he is not receiving physical therapy for his back and knees. Neither his back nor his knees were at issue in this lawsuit and therefore will not be considered by the Court. However, plaintiff also alleges that the terms of the stipulation have been violated by the defendant. To the extent this allegation is made, counsel for the defendant is directed to file a response within the next 20 days.

    **SO ORDERED** this   13th   day of November, 2015.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court